# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No. **CR 24-516**

Charging Document: **Indictment**   No. of Defendants: **6**   Total No. of Counts: **2**   Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: vc

| Name: **LYNNSEE NOEL** | DEC 03 2024 |
|---|---|
| Alias(es): | Address: |
|  | FBI No.: |

| DOB: XX/XX/1986 | SSN: XXX-XX-4507 | Race: White | Interpreter: Y ☐ N ☑ |
|---|---|---|---|
| Sex: M ☐ F ☑ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☑ Detention Requested   Complaint: Y ☐ N ☑
☐ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Julia E. Barry
☐ CJA Panel   Address: _____   Agent/Agency: FBI
☐ Retained   Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 242 | Deprivation of Rights under Color of Law | NMT 10 years' imprisonment; $250,000 fine, or both; 3years' S/R; $100 S/A |
| 2 | 18 U.S.C. § 242 | Deprivation of Rights under Color of Law | NMT 10 years' imprisonment; $250,000 fine, or both; 3years' S/R; $100 S/A |

RECEIVED
DEC 03 2024
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: s/Julia E. Barry   Date: 12/03/2024

1/22